UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARREN J COLLIER, et al.,

Plaintiffs,

v.

CITY OF UNION CITY,

Defendant.

Case No. 21-cv-00462-JSC   (KAW)

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 25

This case was referred to the undersigned for a settlement conference. Plaintiff's counsel, David Washington, failed to appear at the telephonic scheduling conferences on September 9 and September 14, 2021. (*See* Dkt. Nos. 23, 25.) Following the September 14, 2021 telephonic scheduling conference, the Court set a settlement conference for December 17, 2021, and ordered Attorney Washington to file a statement regarding his and his clients' availability and intention to attend the settlement conference by September 24, 2021. (Dkt. No. 25.) The Court warned that failure to do so would result in the settlement conference date being vacated and an order to show cause being issued. (*Id.*)

As of the date of this order, Attorney Washington has not filed his statement of availability. Accordingly, the ORDERS Attorney Washington to show cause, no later than **October 8, 2021**, why he should not be sanctioned by for his repeated failure to comply with the Court's orders by: (1) stating his and his clients' availability to attend the December 17, 2021 settlement conference, and (2) explaining why he did not comply with the Court's prior orders. Failure to comply **will** result in the Court vacating the December 17, 2021 settlement conference and sanctioning Attorney Washington for the attorney's fees incurred by Defendant's counsel for the time spent attending the September 9 and September 14, 2021 telephonic scheduling

conferences that Attorney Washington failed to attend.

IT IS SO ORDERED.

Dated: October 4, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge