UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN J COLLIER, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF UNION CITY,<br><br>　　　　Defendant. | Case No.  21-cv-00462-JSC<br><br>**ORDER VACATING SETTLEMENT CONFERENCE REFERRAL AND ORDER TO SHOW CAUSE** |

Plaintiffs filed this section 1983 action against the City of Union City following an encounter with Union City Police Officers on January 16, 2019.  (Dkt. No. 1.)  On July 22, 2021, the Court referred the action to Magistrate Judge Westmore for a settlement conference.  (Dkt. No. 20.)  Since the referral, Plaintiffs' counsel has repeatedly failed to appear at telephonic scheduling conferences and has failed to communicate with Judge Westmore.  (Dkt. Nos. 23, 25, 26, 27.)  The Court therefore VACATES the settlement conference referral order and ORDERS Plaintiff to SHOW CAUSE as to why this action should not be dismissed for failure to prosecute given the conduct outlined in Judge Westmore's Orders.  (Dkt. Nos. 26, 27.)

**Plaintiffs shall file a written response to this Order to Show Cause by December 16, 2021.  Failure to do so may result in the dismissal of this action for failure to prosecute.** *See* **Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**

Dated: December 8, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge